AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JOEL SONGS, EXPERIENCE HENDRIX, L.L.C., ET AL.,

    Plaintiffs,

v.

SHELLEY BROADCASTING COMPANY, INC., STAGE DOOR DEVELOPMENT, INC. AND H. JACK MIZELL,

    Defendants.

**ALIAS SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
1:06-CV-774

TO: Shelley Broadcasting Company, Inc.
    285 East Broad Street
    Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                         9/26/06

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JOEL SONGS, EXPERIENCE HENDRIX, L.L.C., ET AL.,

    Plaintiffs,

v.

SHELLEY BROADCASTING COMPANY, INC., STAGE DOOR DEVELOPMENT, INC. AND H. JACK MIZELL,

    Defendants.

**ALIAS SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
1:06-CV-774

TO: Stage Door Development, Inc.
    285 East Broad Street
    Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*        9/26/06

CLERK      DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JOEL SONGS, EXPERIENCE HENDRIX,
L.L.C., ET AL.,

    Plaintiffs,

v.

SHELLEY BROADCASTING COMPANY,
INC., STAGE DOOR DEVELOPMENT, INC.
AND H. JACK MIZELL,

    Defendants.

**ALIAS SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
1:06-CV-774

TO:  H. Jack Mizell
     285 East Broad Street
     Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                       9/26/06
CLERK                                         DATE

*[signature]*
(By) DEPUTY CLERK