AO 440 (Rev. 8/01) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

OCT 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

JOEL SONGS, EXPERIENCE HENDRIX, L.L.C., ET AL.,

    Plaintiffs,

v.

SHELLEY BROADCASTING COMPANY, INC., STAGE DOOR DEVELOPMENT, INC. AND H. JACK MIZELL,

    Defendants.

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
1:06-CV-774

TO: H. Jack Mizell
    285 East Broad Street
    Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*               9/26/06

CLERK                                 DATE

(By) DEPUTY CLERK

SCANNED

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/28/06 |
| NAME OF SERVER (Print) Donnie Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
285 East Broad Street
Ozark Al 36340

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/06
          Date

Signature of Server: Donnie Moore

Address of Server:
2724 Brenda Circle
Gardendale Al 35071

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.