**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JOELSONGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv774-MHT |
| ) | |
| SHELLEY BROADCASTING COMPANY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. | |

REPORT OF PARTIES' RULE 26 PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), the parties, by and through their undersigned counsel, have agreed on the plan set forth below.

2. Pre-discovery Disclosures. The parties will exchange by November 10, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties propose to the court the following discovery plan:

Discovery may be needed on the following subjects: copyright infringement and any defenses.

All discovery will be commenced in time to be completed by March 15, 2007.

Discovery Limits.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 7 depositions by plaintiff(s) and 7 by defendant(s). Each deposition limited to maximum of 7 hours of testimony unless extended by agreement of parties.

Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 40 requests for production of documents by each party to any other party. Responses due 30 days after service.

Supplementations under Rule 26(e) will be due within 14 days of the party becoming aware of the additional information, and in no event later than 30 days before trial.

4. The parties do not request a conference with the Court before entry of the scheduling order.

5. The parties request a pretrial conference in July, 2007.

6. Both parties should be allowed until January 15, 2007, to join additional parties and amend the pleadings.

7. All potentially dispositive motions are due by April 1, 2007.

8. The parties are unable to evaluate settlement at this time but anticipate continuing settlement discussions as the deadlines for discovery and dispositive motions approach.

9. Pretrial Disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due 30 days before trial. Objections due 10 days after service of final lists.

10. This action should be ready for trial by August, 2007, and at this time is expected to take approximately 2 days.

Date: October 31, 2006

| s/ Dylan C. Black | s/ Steven McGowan |
|---|---|
| Dylan C. Black | Steven McGowan |
| Bradley Arant Rose & White LLP | Post Office Box 2101 |
| 1819 Fifth Avenue North | Dothan, AL 36302-2101 |
| Birmingham, AL 35203-2104 | |
| (205) 521-8000; Fax (205) 521-8800 | |
| | For the Defendants |
| Counsel for Plaintiffs | |