# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOELSONGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:06CV774-MHT |
| SHELLEY BROADCASTING | ) | |
| COMPANY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND SERVICE OF RULE 26 INITIAL DISCLOSURES FROM DEFENDANTS

Plaintiffs Joelsongs, et al. ("Plaintiffs") hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure for an order compelling defendants Shelley Broadcasting Company, Inc., Stage Door Development, Inc., and H. Jack Mizell ("Defendants") to respond to Plaintiffs' discovery requests, and to provide the information required by Rule 26(a) of the Federal Rules of Civil Procedure. The Defendants' having admitted the subject matter of the Plaintiffs' requests for admission by failing to respond in any way to those requests, *see* Fed. R. Civ. P. 36(a), the scope of this motion relates only to Plaintiffs' outstanding interrogatories and requests for production, and to provision by Defendants of the required Rule 26(a) information.

In support of this motion, Plaintiffs state as follows:

1.    On November 7, 2006, Plaintiffs served interrogatories and document requests on counsel for the Defendants.  To date, no response whatsoever has been forthcoming, and the answers to the interrogatories and the production of responsive documents are therefore overdue.

2.    Plaintiffs' counsel has twice written to Defendants' counsel regarding this outstanding discovery:   first, on November 27, 2006 (before the responses were due), in which Plaintiffs' counsel expressed the desire for timely responses so as to make an appropriate evaluation of what further discovery would need to be done; and second, on December 15, 2006 (after the responses were due), in which Plaintiffs' counsel asked that the answers and responsive documents be provided within 10 days.  No response was received to either letter.

3.    Plaintiffs have attempted to get the needed discovery without having to bring this motion, but unfortunately those efforts have failed.   Despite two letters urging Defendants to respond to the pending discovery in this case, no responses have been forthcoming.

4.    Finally, although the parties' jointly submitted discovery plan called for the Defendants to provide by November 10, 2006, the information required by Rule 26(a) (a deadline adopted and included in the Court's Scheduling Order [Doc.

12], Section 13), Defendants have not provided those initial disclosures to Plaintiffs. Like the discovery material mentioned above, this information is also necessary for Plaintiffs to properly evaluate what further discovery they may want to accomplish within the time remaining under the Court's scheduling order.

WHEREFORE, premises considered, Plaintiffs Joelsongs, et al., respectfully request that this motion be granted, and that the Court enter an order:    1) compelling Defendants Shelley Broadcasting Company, Inc., Stage Door Development, Inc., and H. Jack Mizell to answer fully each of Plaintiffs' interrogatories, and produce all documents responsive to Plaintiffs' document requests within ten (10) days, deeming all objections to have been waived; 2) compelling Defendants to provide the information required by Fed. R. Civ. P. 26(a) within ten (10) days; and 3) entering an appropriate sanction under Rule 37 for Defendants' failure to engage in the discovery process.

Date: December 29, 2006

Respectfully submitted,

s/ Dylan C. Black
Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000; Facsimile: (205) 521-
8800
E-mail: dblack@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve McGowan, Esq.
Post Office Box 2101
Dothan, AL 36302-2101
Email: wula@aol.com

s/ Dylan C. Black
Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000; Facsimile (205) 521-
8800
E-mail: dblack@bradleyarant.com