IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOELSONGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:06CV774-MHT |
| SHELLEY BROADCASTING COMPANY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Joelsongs et al. hereby move for the entry of a summary judgment in their favor on Counts 1-7 and 9-21 of the complaint on the ground that there is no issue of material fact to be tried and that plaintiffs are entitled to judgment as a matter of law. See Fed. R. Civ. P. 56. In support of this motion, plaintiffs rely on the accompanying Memorandum in Support of Plaintiffs' Motion for Summary Judgment, and on their Evidentiary Submission in Support of Plaintiffs' Motion for Summary Judgment.

Wherefore, premises considered, plaintiffs Joelsongs et al. respectfully request that the Court grant this motion and enter an Order granting plaintiffs summary judgment in their favor on Counts 1-7 and 9-21 of the complaint.

Dated: February 8, 2007

                                              Respectfully submitted,

                                              s/ Dylan C. Black
                                              Dylan C. Black (ASB-6595-K72D)
                                              Bradley Arant Rose & White LLP
                                              1819 Fifth Avenue North
                                              Birmingham, AL 35203-2119
                                              (205) 521-8000; Facsimile: (205) 521-8800
                                              E-mail: dblack@bradleyarant.com
                                              One of the Attorneys for Plaintiffs

OF COUNSEL:
James W. Gewin
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000; Facsimile (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steve McGowan
119 S. Foster Street, Ste. 101
Dothan, Alabama 36301
wula@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/ Dylan C. Black
Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8000; Facsimile: (205) 521-8800
E-mail: dblack@bradleyarant.com