IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOELSONGS, et al.,            )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      1:06cv774-MHT
                              )
SHELLEY BROADCASTING          )
COMPANY, INC., et al.,        )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 15) is set for submission, without oral argument, on February 28, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of February, 2006.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE