IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOELSONGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:06CV774-MHT |
| SHELLEY BROADCASTING COMPANY, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Plaintiffs Joelsongs, et al., submit this Notice Concerning Settlement Conference and Mediation pursuant to Section 3 of the Court's Scheduling Order dated November 2, 2006.

In compliance with the deadline established in Section 3 of the Court's Scheduling Order, Counsel for Plaintiffs and counsel for Defendants scheduled a face-to-face settlement conference for March 2, 2007, in Plaintiffs' counsel's Montgomery office.  Unfortunately, due to car trouble, Defendants' counsel was unable to reach Montgomery for the settlement conference.  The parties' counsel discussed settlement by telephone on Monday, March 5, 2007, however.  That conference has not resulted in a settlement.

Plaintiffs do not believe mediation will be helpful in resolving this case.  Defendants have not responded with any counter-offer to Plaintiffs' proposed settlement figure.  From the very beginning of this case, Plaintiffs' counsel made repeated settlement overtures to Defendants through their counsel, in hopes that early resolution would avoid potentially unnecessary fees and costs in this case.  Defendants have never offered any money to settle these claims, however.  Unfortunately, this was not entirely unexpected:  Defendants never offered any money to resolve the claims against them in the *Simpleville Music* case either, nor have Defendants taken any steps to satisfy the

judgment entered against them in that matter. Plaintiffs' counsel's experience with Mr. Mizell in the mediation ordered by the Eleventh Circuit in the *Simpleville Music* case underscores the futility of mediation. Accordingly, Plaintiffs do not believe mediation will assist the parties in the resolution of this case.

Dated: March 7, 2007

    Respectfully submitted,

    s/ Dylan C. Black
    Dylan C. Black (ASB-6595-K72D)

OF COUNSEL:
James W. Gewin
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL  35203-2199
(205) 521-8000; Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Steve McGowan
    P.O. Box 2101
    Dothan, Alabama 36302

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

    s/ Dylan C. Black
    Dylan C. Black (ASB-6595-K72D)
    Bradley Arant Rose & White LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    (205) 521-8000; Facsimile (205) 521-8800
    E-mail: dblack@bradleyarant.com