IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOELSONGS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv774-MHT |
| ) | |
| SHELLEY BROADCASTING ) | |
| COMPANY, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for leave to file reply brief (doc. no. 20) is granted.

DONE, this the 8th day of March, 2007.

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**