IN THE DISTRICT COURT OF THE UNITED STATES COURT FOR
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOELSONGS, et al., ) | |
|    Appelle, Plaintiffs, ) | 2007 JUL 10 A 9: 42 |
| ) | CIVIL ACTION NO. |
| ) | 1:06 CV774-MHT |
| v. ) | (WO) |
| ) | DEBRA P. HACKETT, CLK |
| SHELLEY BROADCASTING ) | U.S. DISTRICT COURT |
| COMPANY, INC., et al., ) | MIDDLE DISTRICT ALA |
| ) | |
|    Appellant, Defendant ) | |

NOTICE OF APPEAL

Notice is hereby given that H. Jack Mizell appeals to US Court of Appeals for the Eleventh Circuit from the Judgment and Injunction entered in this action on June 8, 2007.

 

_____
Haywood Jackson Mizell, *pro se*
285 East Broad Street
Ozark, AL 36360
July 6, 2007
(334)774-7673

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the following NOTICE OF APPEAL has this 6th day of June, 2007 been made by depositing copies thereof, postage prepaid, in the US mail addressed to the following:
Dylan C. Black
Bradley Arant Rose & White
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

1

*5 STMN #104047 $455*
*FILING FEE INCLUDED*