IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL SONGS, EXPERIENCE HENDRIX, L.L.C., ET AL., | ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) CASE NO.: 1:06-CV-774 ) |
| SHELLEY BROADCASTING COMPANY, INC., STAGE DOOR DEVELOPMENT, INC. AND JACK MIZELL. | ) ) ) ) |
| DEFENDANTS. | ) |

**MOTION TO WITHDRAW**

COMES NOW Steve McGowan in the above styled cause and moves the Honorable Court to allow him to withdraw from same and as grounds therefore shows unto the Court that the defendant has chosen to proceed pro se.

/s/ Steve McGowan
STEVE MCGOWAN (MCG071)
Attorney for Defendants
P.O. Box 2101
Dothan, Alabama 36301
(334) 678-8200

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the above and foregoing was served upon the below named counsel of record through Electronic Notification, this the 13th day of July.

Dylan C. Black
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ Steve McGowan
OF COUNSEL

Document Produced by deskPDF Unregistered :: http://www.docudesk.com