IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-13222-A

JOELSONGS,
EXPERIENCE HENDRIX, LLC,
RICHARD ADLER,
d.b.a. Lakshmi Puja Music, Ltd.,
JUDITH COULTER,
d.b.a. J & J Ross Co.,
JANIE COULTER HARTBARGER,
d.b.a. J & J Ross Co.,
WARNER BROS., INC.,
et al.,

                Plaintiffs-Appellees,

versus

SHELLEY BROADCASTING COMPANY, INC.,
et al.,

                Defendants,

H. JACK MIZELL,

                Defendant-Appellant.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before : **BLACK, CARNES and PRYOR, Circuit Judges.**

BY THE COURT:

  This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's July 10, 2007, notice of appeal is untimely to appeal the district court's June 8, 2007, order and final judgment

dismissing Appellant's case. See Fed.R.App.P. 4(a)(1)(A), 26(a)(3); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

2

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia